1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DWAYNE B. BURNS,                          No.  2:21-cv-2147 WBS KJN P

12                  Petitioner,

13        v.                                   ORDER

14   ERIC MACRIHI,

15                  Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On August 10, 2022, the magistrate judge filed findings and recommendations herein

21   which were served on petitioner and which contained notice to petitioner that any objections to

22   the findings and recommendations were to be filed within fourteen days.  Petitioner did not file

23   objections to the findings and recommendations.

24        Although it appears from the file that petitioner's copy of the findings and

25   recommendations was returned, petitioner was properly served.  It is the petitioner's

26   responsibility to keep the court apprised of his current address at all times.  Pursuant to Local

27   Rule 182(f), service of documents at the record address of the party is fully effective.

28   /////

1

1   The court presumes that any findings of fact are correct.  See Orand v. United States, 602

2   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

3   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having

4   reviewed the file, the court finds the findings and recommendations to be supported by the record

5   and by the magistrate judge's analysis.

6   Accordingly, IT IS HEREBY ORDERED that:

7   1.  The findings and recommendations filed August 10, 2022, are adopted in full; and

8   2. This action is dismissed without prejudice for failure to prosecute.  See Local Rule

9   183(b).

10   3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

11   § 2253.

12   Dated:  October 4, 2022

WILLIAM B. SHUBB
13   UNITED STATES DISTRICT JUDGE

14

15

16   /burn2147.802.hc

17

18

19

20

21

22

23

24

25

26

27

28